MANRIQUEZ v. ENSLEY, et al
18-CV-02026 DWL
PLAINTIFF'S EXHIBITS IN RESPONSE TO MSJ

A. Ensley Deposition excerpts

B. Hayden PD I/A investigation of Ensley

C. Flores Letter regarding Ensley *Brady* issue

D. Pinal County criminal prosecution referral of Ensley matter

E. Gila River Indian PD termination letter for Ensley

F. Yavapai County termination letter for Lawrence

G. AZPOST suspension of Lawrence

H. PCSO discipline of Mueller

I. Pinal County Attorney Office *Brady* disclosure re: Mueller

J. AZPOST suspension of Mueller

K. Pinal County SO termination letter for Doran

L. AZPOST suspension of Doran

M. Superior PD termination letter for Doran

N. Transcript of Ensley call with JP for "Amended" warrant

O. Manriquez Deposition excerpts

P. Ensley Defense Interview November 2, 2017

Q. Mueller Defense Interview November 2, 2017

R. Trial Testimony of Lawrence and Mueller

S. Lawrence Defense Interview November 2, 2017

T. Lawrence Deposition excerpts October 17, 2019

U. Video Exhibit OBC of Warrant Application for Manriquez' Home

V. Dorn Deposition excerpts

W. Excerpts from SPD police investigation

X. Motion to Suppress – Justice Court

Y. Reply in Support of Motion to Suppress – Justice Court

Z. Orders Granting Motion to Suppress

AA. Motion to Dismiss With Prejudice – Justice Court

BB. Order Denying Motion to Dismiss – Justice Court Mar.

CC. Manriquez Criminal Judgment in Justice Court

DD. Hergert Report

EE. Manriquez MRI report