Ex   P

# In The Matter Of:

*State of Arizona vs.*
*Manriquez*

---

*Officer Joel Ensley*
*November 2, 2017*
*Reporter's Transcript of Recorded Interview*

---

*Griffin & Associates Court Reporters, LLC*
*2398 E. Camelback Road*
*Suite 260*
*Phoenix, AZ 85016*

Original File JE110217.txt

Min-U-Script® with Word Index

In re:                              )
                                    )      Case No. 2017-000057
State of Arizona v.                 )
Richard Manriquez.                  )
                                    )


REPORTER'S TRANSCRIPT OF RECORDED INTERVIEW

INTERVIEW OF:  SERGEANT JOEL ENSLEY

INTERVIEW BY:  MARTIN BIHN

INTERVIEW DATE:  11/02/2017


PREPARED BY:
Debra Riggs Torres, RPR
Certified Reporter
Certificate No. 50647

PREPARED FOR:
Mr. Martin A. Bihn

(Certified Copy)

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

8

1  was on as well.

2               MR. BIHN:  (Indiscernible).

3               SGT. ENSLEY:  It was fastened to my person.

4               MR. BIHN:  Did you get a recording of 711?

5               SGT. ENSLEY:  No.  No.

6               MR. BIHN:  Why not?

7               SGT. ENSLEY:  At the time they were new and

8  it takes -- I mean, it -- imagine yourself having done 15,

9  20 whatever, 10, 5 years of police work without this

10  thing.  And to retrain yourself every time you go talk to

11  somebody to hit this thing really fast and make it record.

12  It just doesn't happen sometimes.

13               MR. BIHN:  Okay.  So that's why there's no

14  711?

15               SGT. ENSLEY:  Right.

16               MR. BIHN:  There's no body camera of the

17  entry of 711 -- at 711?

18               SGT. ENSLEY:  Correct.

19               MR. BIHN:  Okay.

20               SGT. ENSLEY:  And I -- I remember hitting

21  it, but sometimes you've got to be kind of stern with this

22  thing to make it work, and sometimes you turn the switch

23  on and off and it cycles, it doesn't cycle.  I knew I had

24  it and I hit it, but it didn't go.

25               MR. BIHN:  Okay.  Let's go to your affidavit

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

9

1    for the search warrant.

2                SGT. ENSLEY:  And I struggle with that now.

3    Sometimes I don't even remember to turn this thing on

4    until people are confessing, and then I say, oh, shit, I

5    need to be recording this.

6                MR. BIHN:  Could you repeat that?

7                SGT. ENSLEY:  Yeah.

8                MR. BIHN:  Do you have your affidavit with

9    you?

10               SGT. ENSLEY:  I do.

11               MR. BIHN:  Okay.  So let's sort of work

12   through the PC for -- for the -- the first entry for --

13   for the hotel.

14               SGT. ENSLEY:  Okay.

15               MR. BIHN:  And that would have been I

16   think -- I'll sort of paraphrase it and you catch me if

17   I'm -- if there's more of it.  You have -- I love that

18   dog.

19               On April 28th -- as I look through page 2 of

20   your affidavit, April 28th discusses that incident at

21   Kaiser and Belmont, when you're patrolling and you saw

22   Soriano walking down the street and he puts his arm over

23   the wall.

24               SGT. ENSLEY:  April 28th, yes.

25               MR. BIHN:  Okay.  That's the first one,

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

30

1              MR. BIHN:  Okay.  So it's just kind of open.

2      Okay.  I get it now.  Let's talk about the entry to -- on

3      the warrant.

4              Lawrence announces.  I guess -- does that

5      house have a -- two doors or one door on the front of it?

6              SGT. ENSLEY:  Just one.

7              MR. BIHN:  So -- so Lawrence announces.

8      Knock, announces.  Does Fiti come to the door?

9              SGT. ENSLEY:  He did.

10             MR. BIHN:  Fiti must have -- you didn't

11     break the door down, so Fiti --

12             SGT. ENSLEY:  No.

13             MR. BIHN:  -- must have opened the door?

14             SGT. ENSLEY:  He did.

15             MR. BIHN:  Were you able to see what

16     happened next?

17             SGT. ENSLEY:  Yeah.

18             MR. BIHN:  What did happen next?

19             SGT. ENSLEY:  Brian told him, hey, police

20     department, search warrant.  And he started pushing back

21     on the door.  I thought, you got to be kidding me.  This

22     little five-foot dude is going to throw a bitch over this.

23             MR. BIHN:  Pushing back on the door?

24             SGT. ENSLEY:  Yeah, he didn't want to let us

25     in.

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

31

1           MR. BIHN:  Oh, okay.

2           SGT. ENSLEY:  I mean, it was quite obvious.

3    He knows us.  He knows every single one of us.  And so he

4    was agitated, argumentative.  Started pushing the door

5    back on us, once he saw who it was.  I think Brian told

6    him we had a search warrant.  So we plowed through and

7    opened the door.

8           MR. BIHN:  Was it when the door got pushed

9    back open it knocked him down?

10          SGT. ENSLEY:  Probably.

11          MR. BIHN:  Okay.  Did you -- I mean, I'm

12   trying to think, you're last in the -- you're third,

13   aren't you?

14          SGT. ENSLEY:  Probably third or fourth.

15          MR. BIHN:  Okay.

16          SGT. ENSLEY:  Give or take, yeah.  Third

17   sounds right.

18          MR. BIHN:  I think it was -- I mean, I

19   looked -- the other two guys said third.  They knew --

20          SGT. ENSLEY:  That sound right, yeah.

21          MR. BIHN:  -- where you were.

22          Okay.  So he's fighting on the door.  Then

23   what happens?  I mean, he's pushing on the door.  He knows

24   you're there.

25          SGT. ENSLEY:  Right.  So we expected a house

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

32

1   full of people.  Brian and I latched onto him and went to

2   the ground, and Tony and Hank were clearing rooms, I

3   think, or at least holding a position.

4               MR. BIHN:  Officer Mueller had a long

5   rifle --

6               SGT. ENSLEY:  Yes.

7               MR. BIHN:  -- from what he said.  So he

8   wasn't -- he didn't quite join in.

9               SGT. ENSLEY:  Correct.

10              MR. BIHN:  He was (indiscernible).  Okay.

11              SGT. ENSLEY:  Correct.

12              MR. BIHN:  So you take him to the ground.

13              SGT. ENSLEY:  I had him by the legs.  Brian

14  had him by the arms.

15              MR. BIHN:  What was he doing?  What was Fiti

16  doing?

17              SGT. ENSLEY:  Wiggling around.  Kind of, you

18  know, like a pretzel almost.

19              MR. BIHN:  Um --

20              SGT. ENSLEY:  So others came -- go ahead.

21              MR. BIHN:  In your report it says,

22  "Manriquez resisted entry, was taken to the ground and

23  handcuffed."

24              SGT. ENSLEY:  True.

25              MR. BIHN:  In Mueller's report, it

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

33

1     says there was -- or Lawrence's report -- says there was

2     soft hand -- officers used soft hands and hard strikes, I

3     think.  Do you know who did that?

4                    SGT. ENSLEY:  I think Tony or Hank.

5                    MR. BIHN:  Who is Tony?

6                    SGT. ENSLEY:  Doran.

7                    MR. BIHN:  Okay.

8                    SGT. ENSLEY:  There were -- I think there

9     was a TASER involved at some point.

10                   MR. BIHN:  I'm trying to figure out that.

11    Was there a TASER?  Was it effective on him?

12                   SGT. ENSLEY:  I don't remember.

13                   MR. BIHN:  Okay.

14                   SGT. ENSLEY:  I -- it didn't occur to me

15    until later that someone has used a TASER.  And I only

16    know that because we all talked a little bit, and I

17    remember seeing it in somebody's report.  I want to say

18    the TASER was Tony, I think, and Tank (sic) was the harder

19    strikes.

20                   MR. BIHN:  Who's Tank?

21                   SGT. ENSLEY:  Hank.

22                   MR. BIHN:  Hank.

23                   SGT. ENSLEY:  Mueller.

24                   MR. BIHN:  Okay.

25                   SGT. ENSLEY:  Because Brian and I were

34

1   holding on to him, and everybody else -- so when you come

2   in to the east, there's an opening that leads to a hallway

3   and bedrooms and a bathroom.

4                  MR. BIHN:  Okay.

5                  SGT. ENSLEY:  Brian and I went hands on.

6   The other guys, had to be Tony and Hank, because nobody

7   else was there that I recall.

8                  MR. BIHN:  Right.

9                  SGT. ENSLEY:  So I believe they were holding

10  the hallway, because I remember clearing those rooms with

11  Hank --

12                 MR. BIHN:  Yeah.

13                 SGT. ENSLEY:  -- after he was cuffed.  So

14  while we were wrestling with him, they came back to help

15  us, because they saw what was going on.  And after that is

16  when he was handcuffed.

17                 MR. BIHN:  Okay.  Did you cuff him or -- or

18  do you remember?

19                 SGT. ENSLEY:  No clue.

20                 MR. BIHN:  Okay.

21                 SGT. ENSLEY:  I would think Brian because I

22  had him by the legs.  But I --

23                 MR. BIHN:  Um --

24                 SGT. ENSLEY:  And I have not had a chance to

25  read all this.

Officer Joel Ensley - November 2, 2017
Reporter's Transcript of Recorded Interview

35

1              MR. BIHN:  No.  And I would have asked you

2   specific questions.

3              SGT. ENSLEY:  Okay.

4              MR. BIHN:  I'm not trying to trick you, but

5   I'm just trying to ask you to clarify.  I see something in

6   one -- like yours just said, he was subdued or something,

7   and the other guy said soft hand strike.  Officer uses

8   hard hand strike.  And I just wanted to see who did what,

9   as I put this thing together.

10             SGT. ENSLEY:  That's how I remember.

11             MR. BIHN:  Okay.  And then afterwards, when

12  he's on the ground, is he laying on his stomach with the

13  cuffs on his back, right?

14             SGT. ENSLEY:  I think so, yeah.

15             MR. BIHN:  Who -- did someone pick him up?

16             SGT. ENSLEY:  I think we all did.

17             MR. BIHN:  Okay.

18             SGT. ENSLEY:  He's not a big man.

19             MR. BIHN:  No.

20             SGT. ENSLEY:  But, you know, just that

21  amount of weight directly off the floor would be a

22  little -- a little tricky.

23             MR. BIHN:  He's a -- he's a wiry little guy.

24             SGT. ENSLEY:  Yeah.  They call him Fiti

25  because he's 50 inches tall, at least that's the

36

1    explanation I heard from the gal that burned his house.

2                    MR. BIHN:  How -- how tall is he?

3                    SGT. ENSLEY:  5-2 --

4                    MR. BIHN:  5, 5-2 --

5                    SGT. ENSLEY:  -- 5-3.

6                    MR. BIHN:  -- maybe 5-3.  So that's more

7    than 50.  Okay.

8                    SGT. ENSLEY:  That was the explanation I

9    heard.

10                   MR. BIHN:  Okay.

11                   SGT. ENSLEY:  I don't know if it's accurate

12   or not.

13                   MR. BIHN:  Were you injured in the

14   confrontation with Mr. Manriquez?

15                   SGT. ENSLEY:  Not that I recall

16   specifically, but usually it's down the road where you

17   realize you have, you know, torn clothing and bruises and

18   stuff.

19                   MR. BIHN:  I say that because I didn't

20   notice anything in your report, or the officers's reports,

21   about anyone being injured.  And in the packet the

22   prosecutor gave us there were three -- what do you call

23   them -- victim's rights requests.  And one was for you.  I

24   know it's not signed, and that's why I was wondering about

25   that.

# Ex   Q

# In The Matter Of:

*State of Arizona vs.*
*Manriquez*

---

*Officer Richard H. Mueller*
*November 2, 2017*
*Reporter's Transcript of Recorded Interview*

---

*Griffin & Associates Court Reporters, LLC*
*2398 E. Camelback Road*
*Suite 260*
*Phoenix, AZ 85016*

To open files, click on the desired file type in bookmark on left.
For quick saving or searching multiple files, click attachments tab (or paperclip) on left.
For best viewing/searching, use Adobe Reader/Acrobat ver. 9 or higher
(www.adobe.com).

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

7

1    was going on in the room?

2              OFFICER MUELLER:  No, they did not share

3    what was going on inside the room, I don't believe.

4              MR. BIHN:  I'm just wondering.  I don't see

5    anything in the report.

6              OFFICER MUELLER:  Okay.

7              MR. BIHN:  I'm not trying to trick you.  I'm

8    just trying to --

9              OFFICER MUELLER:  No, I'm -- and I'm

10   trying -- and I'm trying to be accurate for you --

11             MR. BIHN:  Yeah.

12             OFFICER MUELLER:  -- because this was quite

13   a while ago.

14             MR. BIHN:  If you don't -- and if you don't

15   know, don't guess.

16             OFFICER MUELLER:  Okay.  I'm -- I won't.

17             MR. BIHN:  Okay.  In any event, the --

18   Ensley shows up with the warrant, and you guys execute the

19   warrant and go into the -- into the room.

20             OFFICER MUELLER:  That's correct.

21             MR. BIHN:  Did you have a body camera at

22   that point?

23             OFFICER MUELLER:  I did.  I think it was

24   running for that portion of it.  Pretty sure I had one.

25             MR. BIHN:  Is that the body camera on your

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

8

1    vest?

2                    OFFICER MUELLER:   This is the body camera.

3                    MR. BIHN:   Okay.

4                    OFFICER MUELLER:   This isn't the exact same

5    body camera, but it's a -- it's a -- that model body

6    camera.

7                    MR. BIHN:   Is this how you would have been

8    dressed that night?

9                    OFFICER MUELLER:   This is precisely how I

10   would have been dressed that night.

11                   MR. BIHN:   Okay.   The warrant is served and

12   I think -- did you participate in the search of that room?

13                   OFFICER MUELLER:   I did.

14                   MR. BIHN:   At the end of the search, I think

15   a decision is made to get a warrant for -- for -- to call

16   the judge for 711 West Sonora.

17                   OFFICER MUELLER:   That's correct.

18                   MR. BIHN:   Did you play any part in that

19   decision to go get the other warrant?

20                   OFFICER MUELLER:   I round-tabled it with the

21   other officers, as far as that being a decision to be made

22   for further investigation, yeah.   I played a part in that.

23                   MR. BIHN:   But wouldn't the decision to get

24   the warrant have been Ensley's?

25                   OFFICER MUELLER:   Ultimately, yes.

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

9

1          MR. BIHN:  And you didn't speak to the

2    judge?

3          OFFICER MUELLER:  No.

4          MR. BIHN:  That was all Ensley -- I'm trying

5    to understand what information that Ensley --

6          OFFICER MUELLER:  From my understanding, he

7    would have been the one that spoke to the judge --

8          MR. BIHN:  Okay.

9          OFFICER MUELLER:  -- if he wrote that

10   warrant as well.

11         MR. BIHN:  Okay.  So let's skip forward

12   to -- oh, you said you round-tabled it.  Who would have

13   been -- who would that have been with?  Would have been

14   Doran?

15         OFFICER MUELLER:  Commander Doran, Officer,

16   now sergeant, Ensley.

17         MR. BIHN:  Okay.

18         OFFICER MUELLER:  Officer Lawrence.

19         MR. BIHN:  Didn't know (indiscernible).

20         OFFICER MUELLER:  I believe Chief Neuss was

21   contacted at some point for just, I guess, advisory

22   purposes.

23         MR. BIHN:  Okay.

24         OFFICER MUELLER:  Whether it be because he's

25   the top of the chain of command or if it was for the

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

12

1          OFFICER MUELLER:  Yes.

2          MR. BIHN:  -- as a result of this?

3          OFFICER MUELLER:  Yes, he did get charged.

4          MR. BIHN:  What did he get charged with?

5          OFFICER MUELLER:  I believe it was

6    conspiracy charge or facilitation.  Actually,

7    facilitation.

8          MR. BIHN:  Okay.  When did you discover that

9    Soriano had been there a month?  Was it that same night or

10   that -- earlier that day or ...

11         OFFICER MUELLER:  I'm not sure when I found

12   that out.  I'd have to -- if you don't mind, I can take a

13   look through this and see if it's anywhere on there.

14         MR. BIHN:  Okay.  I mean, I don't -- would

15   it have been a supplement that's part of this case, or it

16   would have been a supplement in the other case?

17         OFFICER MUELLER:  It would -- it would

18   probably be a supplement as a part of this case, I

19   believe.  I don't think a new one --

20         MR. BIHN:  You know what, I don't think I

21   saw it.  Unless it's --

22         OFFICER MUELLER:  It might --

23         MR. BIHN:  Oh, here it is.  I don't have my

24   glasses, so it's going to be (indiscernible).  It says --

25   I think it's in the first couple paragraphs.

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

13

1              OFFICER MUELLER:  Okay.  Yeah, about three

2   or four weeks is what (indiscernible).

3              MR. BIHN:  Okay.  And was -- was that

4   interview -- can you tell by your report when you learned

5   that?

6              OFFICER MUELLER:  During the execution of

7   the search warrant.  That was when he had originally

8   stated that.

9              MR. BIHN:  And I'm trying to -- did you go

10  in to talk to him beforehand?

11              OFFICER MUELLER:  Well, there was the --

12  Alexis I believe was the name of the little girl that was

13  with Holly.  She needed to use the restroom.  And so

14  rather than use the --

15              MR. BIHN:  Yeah.

16              OFFICER MUELLER:  Right.  We went to the

17  office and utilized --

18              MR. BIHN:  Okay.

19              OFFICER MUELLER:  -- his facilities for her,

20  and that's when I spoke with him.

21              MR. BIHN:  Okay.  That's the three to four

22  weeks?

23              OFFICER MUELLER:  Yeah, that's the three to

24  four weeks.

25              MR. BIHN:  Did you tell Ensley that?

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

14

1           OFFICER MUELLER:  I can't speculate --

2           MR. BIHN:  Do you know?

3           OFFICER MUELLER:  -- whether or not I did or

4   not.

5           MR. BIHN:  Okay.  And, again, you didn't see

6   Johnny Ray Soriano that day?

7           OFFICER MUELLER:  No, I didn't.

8           MR. BIHN:  So I think the next move is we go

9   to 711 West Sonora to execute the next warrant.

10          OFFICER MUELLER:  That's correct.

11          MR. BIHN:  Okay.  How did you guys choose

12  who was going to execute the warrant?

13          OFFICER MUELLER:  Basically, off of

14  personnel's experience, skill set.  I know Lawrence is a

15  combat veteran Marine, tactically sound.  He was our point

16  man.  I was right behind him, based off my training and

17  experience that I've had.

18          MR. BIHN:  But you -- you guys had a bunch

19  of people there.

20          OFFICER MUELLER:  Well, I was going to kind

21  of --

22          MR. BIHN:  Well, I'm just thinking.  Do

23  you -- were you just the guys that stepped up to do it --

24          OFFICER MUELLER:  No.

25          MR. BIHN:  -- or was this a decision --

17

1    do what.  Handed out assignments.  You're at the door and

2    Lawrence knocks.  Is there -- is there two doors?  One

3    door?  Is there a screen door?  What are we dealing with?

4              OFFICER MUELLER:  I believe there's two

5    doors we're dealing with.  We're dealing with the -- it's

6    like a security door of sorts.  A -- I don't believe it's

7    a screen.  It's kind of actually got like a solid or plexi

8    or it's actual glass.

9              MR. BIHN:  Uh-huh.

10              OFFICER MUELLER:  And then there's the

11   actual front door beyond that.  So I believe we're dealing

12   with two doors.  He knocked, announced, police, search

13   warrant.  We got bogged down at the door because

14   Mr. Manriquez, he kind of argued --

15              MR. BIHN:  Well, let's --

16              OFFICER MUELLER:  -- put up a fight.

17              MR. BIHN:  You knock -- Lawrence knocks.  At

18   some point Manriquez comes to the door.

19              OFFICER MUELLER:  He does come to the door,

20   yes.

21              MR. BIHN:  Does he open the door?

22              OFFICER MUELLER:  He opens the door.

23              MR. BIHN:  So -- and I'm trying to

24   understand if there's two doors.  He opens -- there must

25   have been one -- well, let's see.  Was there an outside

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

18

1   door that he opened?

2              OFFICER MUELLER:  Yes, there was an outside

3   door that was opened.  I believe that one was --

4              MR. BIHN:  Did you guys open it or did he

5   open it, if you remember?

6              OFFICER MUELLER:  I don't remember.  It --

7   it -- it came open at one point, and all of a sudden we're

8   face-to-face with Mr. Manriquez, with no barrier between

9   us.  That's -- that's the only thing -- I can't tell you

10  if Lawrence opened it or if Manriquez opened it.  I was

11  looking beyond --

12             MR. BIHN:  Uh-huh.

13             OFFICER MUELLER:  -- Manriquez, first

14  assessed his hands, and then I was looking beyond him for

15  a threat, being the second guy in the stack.

16             MR. BIHN:  Had you guys surveilled the house

17  before you went in?

18             OFFICER MUELLER:  I don't believe we -- we

19  did.  I don't know if that assignment was given to -- we

20  had a couple -- quite a few reserved officers --

21             MR. BIHN:  Just asking if you know.

22             OFFICER MUELLER:  I don't know.

23             MR. BIHN:  Okay.  So door is opened.

24  Lawrence is in front of you, facing Manriquez, and I think

25  there's no barrier between you at this point.

19

1    OFFICER MUELLER:  Right.

2    MR. BIHN:  Can you see Manriquez's hands?

3    OFFICER MUELLER:  I can.

4    MR. BIHN:  What happens next?

5    OFFICER MUELLER:  Well, he begins to argue

6  with -- with Lawrence.  Doesn't comply with his commands.

7    MR. BIHN:  What does Lawrence command, if

8  you remember?

9    OFFICER MUELLER:  I -- I don't remember his

10  specific commands, but he was not following them.  And

11  Lawrence then decides to go hands on and try and remove

12  him from the residence and pass him back to the trailers

13  behind us.

14    MR. BIHN:  Okay.  So let me -- because I --

15  your impression is that Manriquez has not followed

16  commands, and that's when Lawrence moves one step up

17  the -- whatever you want to -- force continuum, whatever

18  you want to call it, and -- and what does he do?  Tries to

19  grab his arm or --

20    OFFICER MUELLER:  Yeah.  Tries to grab his

21  arm to remove him from the fatal funnel, which we were

22  stuck in at that point for longer than we should have

23  been.

24    MR. BIHN:  And then what happens?

25    OFFICER MUELLER:  Manriquez pulls back.  At

20

1    that point, I assist with Lawrence in clearing --

2                    MR. BIHN:  Did you move into the -- the --

3                    OFFICER MUELLER:  I moved into the

4    residence.

5                    MR. BIHN:  Okay.

6                    OFFICER MUELLER:  And he goes to the ground.

7                    MR. BIHN:  Did Lawrence go down or just

8    Manriquez?

9                    OFFICER MUELLER:  No.  Manriquez went down,

10   Lawrence then was on top of him, trying to control him.

11   I -- I --

12                   MR. BIHN:  Did -- did --

13                   OFFICER MUELLER:  -- I picked up --

14                   MR. BIHN:  Okay.  I hate to -- did Lawrence

15   fall beside him or -- did Lawrence fall at all?

16                   OFFICER MUELLER:  Lawrence, I don't believe

17   he fell.  He was on top trying to -- going to the ground

18   trying to control Manriquez.

19                   MR. BIHN:  Okay.

20                   OFFICER MUELLER:  And -- from a prone

21   position.

22                   MR. BIHN:  Like laying on top of him?

23                   OFFICER MUELLER:  Not saying that he was

24   prone.  He was more of like kneeling, trying to get --

25                   MR. BIHN:  Okay.  That makes sense.

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

21

1            OFFICER MUELLER:  Yeah.

2            MR. BIHN:  So --

3            OFFICER MUELLER:  He wasn't -- he didn't

4     seem like -- at that point I glanced at him.  He didn't

5     seem like he was in complete danger where he's getting his

6     butt kicked.

7            MR. BIHN:  Well, you're still looking around

8     the room.

9            OFFICER MUELLER:  That's what I'm -- and

10    I -- I briefly looked at my partner --

11            MR. BIHN:  Right.

12            OFFICER MUELLER:  -- and I'm picking up work

13    to see what other subjects may be in the house.

14            MR. BIHN:  And, again, that night, for that

15    warrant, you're dressed sort of like you are tonight?  No

16    special SWAT gear?  No helmets?  No nothing else?

17            OFFICER MUELLER:  No.

18            MR. BIHN:  Just going --

19            OFFICER MUELLER:  This is -- this is it.

20            MR. BIHN:  Okay.  So at some point --

21            OFFICER MUELLER:  I did have a long gun.

22    That's what I -- I had that night.

23            MR. BIHN:  As you came in --

24            OFFICER MUELLER:  That's why I was very

25    limited in being able to assist in hands-on too.

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

22

1          MR. BIHN:  So Lawrence is on the floor

2  with -- or on the ground with Manriquez.  You've made your

3  initial sort of sweep.  You've glanced down.  What happens

4  next from your perspective?

5          OFFICER MUELLER:  Well, I -- I believe I

6  held the hallway until Ensley came up -- actually, back

7  up.

8          MR. BIHN:  Sure.

9          OFFICER MUELLER:  Yeah.  I held the hallway,

10  but I assisted with helping control, as I could.  I -- I

11  did break my assignment, because they were having trouble

12  with him, and I could lend a hand, I believe to control an

13  arm or something like that.

14          MR. BIHN:  Was -- was Ensley helping

15  Lawrence?  'Cause I -- because --

16          OFFICER MUELLER:  I can't speak for what he

17  did.  I really don't remember --

18          MR. BIHN:  Okay.

19          OFFICER MUELLER:  -- exactly what he did.

20          MR. BIHN:  Let me go to the report.

21          OFFICER MUELLER:  Unless it's in here.

22          MR. BIHN:  Because it's the only thing -- I

23  don't know.  Actually, it's not.

24          OFFICER MUELLER:  Okay.

25          MR. BIHN:  But if there's -- it's the -- I

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

23

1    think it's your second -- second page.  Are you on the

2    second page?

3                    OFFICER MUELLER:  I am.  (Indiscernible).

4                    MR. BIHN:  It's the fourth paragraph that

5    says, "moments after knocking."

6                    OFFICER MUELLER:  Oh, you know what.  I -- I

7    obviously observed him ball his fist too.  That was

8    another thing that I saw, when he was trying to --

9                    MR. BIHN:  Okay.

10                   OFFICER MUELLER:  -- pull him from the

11   residence.

12                   MR. BIHN:  Says, "Manriquez was then

13   assisted to the ground in an attempt to gain control of

14   him."  That's Lawrence, right?  That's not you.

15                   OFFICER MUELLER:  I assisted with Lawrence

16   on that.

17                   MR. BIHN:  To take him down?

18                   OFFICER MUELLER:  Yes.

19                   MR. BIHN:  How -- physically, what did you

20   do?

21                   OFFICER MUELLER:  Shoved him to the ground.

22                   MR. BIHN:  Okay.  "Manriquez continued to

23   fight officers while on the ground."  And it says,

24   "officers were unable to control Manriquez with soft hands

25   control techniques."  Now, were you one of the officers

Officer Richard H. Mueller - November 2, 2017
Reporter's Transcript of Recorded Interview

24

1  who was unable to control Manriquez?

2              OFFICER MUELLER:  Um --

3              MR. BIHN:  Or were you -- were you still

4  maintaining the --

5              OFFICER MUELLER:  I was -- my assignment was

6  maintaining the threat of the hallway and the bedrooms.

7              MR. BIHN:  Okay.  So did you use any soft

8  hand control techniques?

9              OFFICER MUELLER:  If it's not in here, I

10  didn't do it.

11             MR. BIHN:  Well, it just says, "officers

12  were unable to do it."

13             OFFICER MUELLER:  Officers were unable to

14  control Manriquez with soft hands control techniques

15  (indiscernible) hard hand strikes were needed to be

16  delivered before control could be gained of Manriquez.

17             I --

18             MR. BIHN:  Do you know who struck him?

19             OFFICER MUELLER:  I don't know.  I don't

20  think that was observed.  I think that may have been

21  statements that I was hearing, as far as after-action

22  briefing of sorts.

23             MR. BIHN:  Okay.

24             OFFICER MUELLER:  And what -- what had

25  happened and how he sustained any injuries that he did.

25

1      MR. BIHN:  Did you guys deploy a TASER?

2      OFFICER MUELLER:  I believe it was deployed.

3      MR. BIHN:  Was that you or Ensley or --

4      OFFICER MUELLER:  That was not me.

5      MR. BIHN:  Okay.  I thought it was and I

6  don't know who it was.

7      OFFICER MUELLER:  No, I don't carry one.

8      MR. BIHN:  Okay.  So when -- so Lawrence is

9  on him.  (Indiscernible) sort of rewind my mind.

10      So you -- he's backing up.  You see him ball

11  his fist.  Ensley is moving forward.  You must have both

12  pushed him to the ground or something, get -- you need him

13  out of the way?

14      OFFICER MUELLER:  Right.  Clearing the

15  obstacle.

16      MR. BIHN:  Okay.  Down he goes.

17      OFFICER MUELLER:  Yeah.

18      MR. BIHN:  Okay.  But you don't -- I know

19  it's -- you don't know where this came from, about who

20  used soft hands or who used hard hand strikes?

21      OFFICER MUELLER:  No.

22      MR. BIHN:  Okay.  But it wasn't you?

23      OFFICER MUELLER:  No.

24      MR. BIHN:  Okay.  Do you -- did you -- did

25  you cuff him and secure him or did someone else do that?

# Ex R

# In The Matter Of:

*State of Arizona vs.*
*Richard Manriquez*

---

*Trial Testimony of Officer Lawrence & Officer Richard Mueller*
*February 18, 2019*
*Reporter's Transcript of Audio - Date Unknown*

---

*Griffin Group International*
*2398 E. Camelback Road*
*Suite 260*
*Phoenix, AZ 85016*

Original File ManriquezAudio.txt
Min-U-Script® with Word Index

36

1    was amended, because I do remember having activated that.

2        Q.    Okay.    So I guess back to the question of why it

3    wouldn't have been on for the execution of this warrant,

4    you're saying because you just must have turned it off for

5    whatever reason?

6        A.    That's probably what happened is I flipped the

7    power switch when I went to the -- to the station and we

8    briefed and then in -- you know, the arranging, you know,

9    extra added equipment that I would have, like for the

10   execution of the search warrant, such as my rifle and

11   making sure that's clear and ready to go, it was probably

12   something that I overlooked as far as flipping that power

13   switch on.

14            So when I double tapped the button to

15   activate it, I would assume that's probably why I didn't

16   get any footage, is it wasn't flipped on.

17       Q.    Does the fact that it wasn't on change anything

18   about your testimony about what happened?

19       A.    No, not at all.

20       Q.    Okay.    We heard some testimony about the use of

21   force progression.    Are you familiar with that?

22       A.    I am.

23       Q.    What can you tell us about the force that you

24   used in this case?

25       A.    I forced him to the ground.    I assisted in that.

37

1    As far as a shove, I don't know if it was necessarily my

2    shove or Officer Lawrence's, whatever action he was taking

3    on his end with trying to control Mr. Manriquez, but I

4    assisted on the ground, in that when taser had failed, I

5    did deliver strikes.

6              I believe it was dark.  I believe it was

7    somewhere around his upper collar area.  I can't remember

8    where my strikes were and where they were successful at,

9    but that was real brief and that I was still trying to

10   concentrate on holding an unknown threat in the hallway.

11   But after it had been quite a while where nobody had came

12   out of that hallway or those rooms, I did what I could to

13   try and assist with subduing Mr. Manriquez.  It wasn't

14   very long after that that I know handcuffs came on.

15       Q.    Okay.  In a situation like this, is that hard to

16   know exactly what's going on and who's doing what?

17       A.    Yeah, it's extremely hard.

18       Q.    Okay.  What was your main objective at the point

19   that it got physical?

20       A.    What was my main objective?

21       Q.    Yeah.

22       A.    To safely secure Mr. Manriquez and get him to

23   other trailers, as I would call them or we call them,

24   outside the residence holding perimeter so we could make

25   sure that the scene was secure and go about the actual

1   execution of the search warrant.

2       Q.    Do you remember seeing -- after he was detained,

3   do you remember seeing him?

4       A.    Briefly, when we called for fire department to do

5   an eval on him and I believe he was transported and he

6   wasn't booked that night.

7       Q.    Do you remember seeing any injuries on him?

8       A.    He had some bruising I remember.  I believe we

9   photographed him.  I don't know if that's been admitted or

10  not.

11      Q.    If you want to take a look at Defendant's

12  Exhibit 1, I believe.

13      A.    It looks like he had some abrasions or cuts too.

14      Q.    Do you remember seeing him like that?

15      A.    Yeah.  I mean, it seems like a fair

16  representation of his appearance.

17              MR. MITCHELL:  Okay.  Can I just have a

18  moment, Your Honor?

19              THE COURT:  Yes.

20              MR. MITCHELL:  Thank you.  That's all I have

21  at this time.

22

23                  CROSS-EXAMINATION

24  BY MR. BIHN:

25      Q.    Officer Mueller, I represent Mr. Manriquez.  Here

Reporter's Transcript of Audio - Date Unknown

39

1    in front of you is Exhibit 3.  I think it's got -- if you

2    would turn to page five, it should be that's where your

3    supplement starts on the page.

4        A.    Okay.

5        Q.    Do you recognize that as your supplement?  Did

6    you review it before you came here today?

7        A.    What's that?

8        Q.    Did you review it before you came here today?

9        A.    Yes, I have it right here.

10       Q.    Okay.  Turn to page -- my page six.

11       A.    Okay.

12       Q.    I think there's a portion underlined, "Mr.

13   Manriquez was then assisted to the ground to attempt to

14   get control of him."

15       A.    Yep.

16       Q.    Right?  Do you remember in our defense interview

17   when I asked you what that meant?

18       A.    I don't actually recall what that meant.  If you

19   could tell me what I stated, that would help.

20       Q.    Well, I'm going to give it to you, I think, a

21   transcript of the interview, if you could turn to page 23

22   of the transcript.  Are you there?

23       A.    21 through -- yeah, okay.

24       Q.    See it?

25       A.    Yep.

40

1      Q.   So line 15, it reads Officer Mueller and your

2   answer is, "I assisted with warrants on that."

3      A.   Yes.

4      Q.   My question is, "To take him down?"  Your answer

5   is, "Yes."  I asked, "How physically?  What did you do?"

6   Your answer was what on line 21?

7      A.   "Shoved him to the ground", as I stated.

8      Q.   Excuse me?

9      A.   Shoved him to the ground.

10     Q.   You shoved him to the ground?

11     A.   Yes.

12     Q.   So when you write in your report that you

13  assisted him to the ground, you shoved him is what you

14  did, right?

15     A.   Whatever terminology you want to use, he was

16  assisted.

17     Q.   I want to use accurately happened.  In my view --

18  or let me ask you:  When you shove someone to the ground,

19  is that assisting them?

20     A.   Yes.

21     Q.   Okay.  So let's talk about a little bit about the

22  front door.  There is a picture there of that Exhibit 1, I

23  think, or 2.  Do you recognize that as the front door of

24  the house at 711 West Sonora?

25     A.   Yes.

41

1     Q.    And I think counsel mentioned -- you said 9:30

2  you went to serve the warrant.  Could it have been

3  11:30 at night?

4     A.    It -- it could have been.  I don't -- I don't

5  know the exact time.

6     Q.    You said you stacked up at the front door; is

7  that right?

8     A.    That's correct.

9     Q.    First door opens right after there's a knock,

10  right?

11     A.    Mm-hmm.

12     Q.    Lawrence announces, right?

13     A.    Right.

14     Q.    Manriquez comes to the door and opens the inside

15  door, right -- opens the outside door, right?

16     A.    Right.

17     Q.    Lawrence is right in front of him, correct?

18     A.    Yes.

19     Q.    Are you behind Lawrence or to Lawrence's side?

20     A.    Behind and side.

21     Q.    So did you see Lawrence try to grab him?

22     A.    I did.

23     Q.    That's when Manriquez pulls away, right?

24     A.    Right.

25     Q.    And is that when you moved to shove him to the

42

1    ground?

2        A.    No.

3        Q.    Okay.

4        A.    It was after a good several seconds of struggles

5    and orders, commands being given.

6        Q.    Well, let's go back.  When Manriquez pulls his

7    arm away, doesn't Lawrence reach out and grab his shirt?

8        A.    I don't know.

9        Q.    Isn't that when you knocked him to the ground

10   when the shirt tore?

11       A.    I don't know.

12                  (Audio recording ended.)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Ex  S

# In The Matter Of:

*State of Arizona vs.*
*Manriquez*

---

*Officer Bryan Lawrence*
*November 2, 2017*
*Reporter's Transcript of Recorded Interview*

---

*Griffin & Associates Court Reporters, LLC*
*2398 E. Camelback Road*
*Suite 260*
*Phoenix, AZ 85016*

Original File BL110217.txt
Min-U-Script® with Word Index

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

6

1          OFFICER LAWRENCE:  Just moments before he

2     arrived, I believe they -- they came out the door.

3          MR. BIHN:  Okay.  And were they then

4     detained?

5          OFFICER LAWRENCE:  Yes.

6          MR. BIHN:  And did you detain them or was

7     that someone else?

8          OFFICER LAWRENCE:  No.  I believe Officer

9     Shackleford and Officer Mueller.

10         MR. BIHN:  Did you interview those -- the

11    two -- the people outside the room at all?

12         OFFICER LAWRENCE:  I did not.

13         MR. BIHN:  Okay.  I'm looking now at your

14    report, and I'm looking at the -- one, two, three, four,

15    five -- sixth paragraph that begins with "during the

16    search warrant."  Do you see that?

17         OFFICER LAWRENCE:  Yes.

18         MR. BIHN:  Second-to-last -- actually, it's

19    the last sentence begins:  A copy of the citation -- of a

20    citation was found in a backpack located in the closet

21    belonging to John.  This confirmed, through the

22    investigation, that John had been staying in the motel.

23         My question to you, Officer, is did you find

24    that citation?

25         OFFICER LAWRENCE:  I did not find that

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

11

1           OFFICER LAWRENCE:  Yes.

2           MR. BIHN:  And what happens next?

3           OFFICER LAWRENCE:  I knock on the door and I

4    announce police with a search warrant.

5           MR. BIHN:  Does the door open?

6           OFFICER LAWRENCE:  It does, after -- after a

7    moment.

8           MR. BIHN:  Okay.  And does it have a, sir --

9    is there a screen door or is there -- how -- how many

10   doors are there?

11          OFFICER LAWRENCE:  Just one door.  The --

12          MR. BIHN:  No security door?

13          OFFICER LAWRENCE:  No.

14          MR. BIHN:  Okay.  Does it open out or in?

15          OFFICER LAWRENCE:  It opens in.

16          MR. BIHN:  So you announce.  Is it glass

17   or -- can you see in or not?

18          OFFICER LAWRENCE:  No, you cannot.

19          MR. BIHN:  So you knock, announce.

20   Suddenly -- and at some point you were -- does anyone

21   inside talk to you?

22          OFFICER LAWRENCE:  Mr. Manriquez actually

23   comes to the door.

24          MR. BIHN:  Okay.

25          OFFICER LAWRENCE:  He's the individual that

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

12

1   answers the door.

2           MR. BIHN:  Does he open it?  Does he speak

3   through the door to you?  What happens?

4           OFFICER LAWRENCE:  He opens the door.

5           MR. BIHN:  Okay.  And how wide does he open

6   it?

7           OFFICER LAWRENCE:  I believe almost all the

8   way.

9           MR. BIHN:  Take me through what happens

10  next.

11          OFFICER LAWRENCE:  I told him -- after

12  knocking, announcing, police with search warrant, he came

13  to the door.  He opens the door.  I inform him, police

14  with a search warrant, please step outside, and I go to

15  grab his wrist to bring him out to us.  As soon as I grab

16  his wrist, he proceeds to pull away and starts beginning

17  to struggle.  At that point --

18          MR. BIHN:  Let me ask you where you

19  grab -- I -- you're at -- in the door.  You're immediately

20  outside the door when it's open?

21          OFFICER LAWRENCE:  Right.

22          MR. BIHN:  Where are the other two members

23  of your --

24          OFFICER LAWRENCE:  They're behind me.

25          MR. BIHN:  Beside you?  Behind -- I mean,

14

1          OFFICER LAWRENCE:  Yes.  I -- it was his

2    left wrist that I remember getting ahold of.

3          MR. BIHN:  So he's -- which way did the door

4    open?

5          OFFICER LAWRENCE:  He -- he's facing me --

6          MR. BIHN:  Right.

7          OFFICER LAWRENCE:  -- just as you are.

8          MR. BIHN:  So standing --

9          OFFICER LAWRENCE:  The door opens --

10          MR. BIHN:  -- in front of you?

11          OFFICER LAWRENCE:  -- the door opens inward,

12    towards him.

13          MR. BIHN:  Okay.

14          OFFICER LAWRENCE:  And then at that point

15    I -- I tell him, police, we have a search warrant, please

16    step outside, and I grab his wrist to try to pull him

17    towards us.

18          MR. BIHN:  Okay.  And then does Richard --

19    what does Richard do?

20          OFFICER LAWRENCE:  He jerks his hand away,

21    so I reach in again to try to get ahold of him and I grab

22    him -- I believe he's wearing a white T-shirt.

23          MR. BIHN:  Okay.  We should have covered

24    that.  What's he dressed in?

25          OFFICER LAWRENCE:  He's wearing a white

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

15

1    T-shirt and a set of jeans and sneakers.

2                    MR. BIHN:  Okay.  Do you remember if there's

3    power at the house?

4                    OFFICER LAWRENCE:  I don't believe there was

5    power, no.

6                    MR. BIHN:  I think he doesn't have any

7    electricity.

8                    OFFICER LAWRENCE:  Correct.

9                    MR. BIHN:  Okay.  What happens -- you've

10   now -- do you grab him by the shirt?

11                   OFFICER LAWRENCE:  I attempt to grab him by

12   the shirt, yes.

13                   MR. BIHN:  Okay.

14                   OFFICER LAWRENCE:  As soon as I do that, he

15   continues to pull away from me.  His shirt rips.  And as

16   it's ripping, we end up falling to the ground.

17                   MR. BIHN:  Would have been inside the house?

18                   OFFICER LAWRENCE:  Yes.

19                   MR. BIHN:  And where were -- Mueller and

20   Ensley are behind you?

21                   OFFICER LAWRENCE:  Yes.

22                   MR. BIHN:  Okay.  So what happens as you

23   fall to the ground?  I know it gets -- it's on page 2.

24                   OFFICER LAWRENCE:  We --

25                   MR. BIHN:  That's where it starts.

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

16

1              OFFICER LAWRENCE:  Right.  We start

2    fighting.  He starts trying to pull his hands away from

3    us.  He starts kicking.

4              MR. BIHN:  When you say "us," is anyone else

5    engaged but you?

6              OFFICER LAWRENCE:  I know for -- Officer

7    Mueller.

8              MR. BIHN:  Okay.  You've fallen on -- and

9    it's -- I know we're trying to break down what happened.

10   Officer -- you fall on -- you fall on him or next to him?

11             OFFICER LAWRENCE:  I'm -- as he -- as he's

12   laying, I'm to the right side of him, which would be his

13   actual left side --

14             MR. BIHN:  Okay.  You're to the right.

15             OFFICER LAWRENCE:  -- as he's laying on the

16   ground.

17             MR. BIHN:  And Mueller's -- I guess comes up

18   and joins?

19             OFFICER LAWRENCE:  Right.  Officer Mueller

20   ends up on his -- his right shoulder, Mr. Manriquez's

21   right shoulder.

22             MR. BIHN:  Okay.  What -- I'm going to ask

23   Officer Mueller what he did.  But what do you remember you

24   doing?

25             OFFICER LAWRENCE:  I'm trying to get ahold

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

17

1    of his right -- or his left wrist to take him and -- and

2    put him in handcuffs to detain him.  At that point, I just

3    remember him continuing to try to pull away his hands and

4    he's kicking us.  We're continuing to give him verbal

5    commands to stop resisting.  And eventually we're able

6    to -- to get control of him.

7                    MR. BIHN:  In your report you

8    write, "officer had to use soft and hard strike techniques

9    in order to gain control."

10                   OFFICER LAWRENCE:  Yes.

11                   MR. BIHN:  Who was that?

12                   OFFICER LAWRENCE:  Um --

13                   MR. BIHN:  Let's start with the soft -- soft

14   strike.  What's a soft strike technique?

15                   OFFICER LAWRENCE:  A soft strike is, um,

16   open palm.

17                   MR. BIHN:  Okay.

18                   OFFICER LAWRENCE:  And -- using an open palm

19   strike.  We try to use pressure points.

20                   MR. BIHN:  Did you try to use a soft strike?

21                   OFFICER LAWRENCE:  I tried using pressure

22   points against him.

23                   MR. BIHN:  Okay.

24                   OFFICER LAWRENCE:  Um --

25                   MR. BIHN:  Put --

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

18

1          OFFICER LAWRENCE:  Would be -- if I can

2    remember correctly, to the -- to his -- the back ear area

3    and the -- where his shoulder would have been.

4          MR. BIHN:  So you didn't use soft or hard

5    strike techniques with Mr. Manriquez?

6          OFFICER LAWRENCE:  Not that I recall.  I

7    didn't -- I didn't strike him with ...

8          MR. BIHN:  At some point -- now you write,

9    "once Richard was secured," -- I read in another report

10   that there was a TASER used.  Did you use a TASER or --

11         OFFICER LAWRENCE:  I did not.

12         MR. BIHN:  -- someone else?

13         OFFICER LAWRENCE:  I don't remember a TASER

14   being used, sir.

15         MR. BIHN:  So at some point he must stop

16   resisting and you cuff him.

17         OFFICER LAWRENCE:  At some point --

18         MR. BIHN:  Or who cuffs him?

19         OFFICER LAWRENCE:  I believe -- I want to

20   say it's Officer Ensley.  I -- I --

21         MR. BIHN:  Okay.

22         OFFICER LAWRENCE:  I -- I know we were

23   finally able to get control of him --

24         MR. BIHN:  I'm just trying to find out

25   what -- you know, everyone always remembers what they did

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

19

1   best --

2                OFFICER LAWRENCE:  Right.

3                MR. BIHN:  -- so you don't -- you're not

4   sure if you cuffed him or not?

5                OFFICER LAWRENCE:  No, I'm not.

6                MR. BIHN:  Okay.  And then who -- who called

7   for EMS?

8                OFFICER LAWRENCE:  I'd have to look at the

9   radio log, sir.

10               MR. BIHN:  Okay.

11               OFFICER LAWRENCE:  I would want -- I wanted

12  to say that I -- that I did.

13               MR. BIHN:  Okay.  Then were you part of the

14  search of the premises?

15               OFFICER LAWRENCE:  Um, I don't -- I don't

16  remember searching, no.

17               MR. BIHN:  Okay.  And I noted in your

18  report, unless I got other pages, you didn't identify

19  having any injuries yourself?

20               OFFICER LAWRENCE:  No, I did not.

21               MR. BIHN:  Part of the report has a -- a

22  victim's rights notification.  Is that your handwriting or

23  is that someone else's?

24               OFFICER LAWRENCE:  This is Officer Ensley's

25  handwriting, I believe.

Officer Bryan Lawrence - November 2, 2017
Reporter's Transcript of Recorded Interview

20

1          MR. BIHN:  Okay.

2          OFFICER LAWRENCE:  No, I'm sorry.  This is

3  Officer Doran.

4          MR. BIHN:  And I notice it's not signed?

5          OFFICER LAWRENCE:  Correct.

6          MR. BIHN:  You didn't suffer any injuries,

7  did you?

8          OFFICER LAWRENCE:  I don't believe so.

9          MR. BIHN:  Okay.

10         OFFICER LAWRENCE:  Maybe -- maybe a scratch

11  or something, but --

12         MR. BIHN:  Okay.

13         OFFICER LAWRENCE:  -- no injuries that I can

14  remember.

15         MR. BIHN:  Okay.  Do you wear a body camera?

16         OFFICER LAWRENCE:  Yes, I do.

17         MR. BIHN:  Is that on your vest right now?

18         OFFICER LAWRENCE:  It is not.

19         MR. BIHN:  Okay.  Did you have a body camera

20  that night?

21         OFFICER LAWRENCE:  I did.  We -- we had just

22  received our cameras, and they were still in what I'm

23  going to say is our testing phase.  I had activated it at

24  the search warrant on the motel.

25         MR. BIHN:  Uh-huh.

21

1          OFFICER LAWRENCE:  When we got to the one on

2    Sonora, the battery had died.  We went back -- I shut it

3    off after the motel.  I re -- I attempted to reengage it

4    prior to going to the Sonora address, and that video was

5    not on the -- the body cam.

6          MR. BIHN:  There was no -- there was no

7    video of the Sonora --

8          OFFICER LAWRENCE:  No.

9          MR. BIHN:  -- entry?

10          OFFICER LAWRENCE:  Not from mine, sir.

11          MR. BIHN:  From yours.

12          OFFICER LAWRENCE:  I -- I don't know if the

13    other officers --

14          MR. BIHN:  I'll ask them --

15          OFFICER LAWRENCE:  Okay.

16          MR. BIHN:  -- as we go.  Is there a body cam

17    policy that the department has?

18          OFFICER LAWRENCE:  There is now.

19          MR. BIHN:  Was there one in effect then?

20          OFFICER LAWRENCE:  I don't believe so, sir.

21    Like I said, we had -- we had just -- just gotten them.

22          MR. BIHN:  Okay.  I think that's it.  I

23    mean, you didn't do much -- you didn't play part of the

24    warrant, so I think we're good.

25          Is there anything else?  Any questions you

Ex  T

**In The Matter Of:**
*Manriquez v.*
*Town of Superior*

*Bryan Lawrence*
*October 17, 2019*



# GRIFFIN GROUP
## INTERNATIONAL
2398 East Camelback Road, Suite 260
Phoenix, Arizona 85016

*Original File BL101719.txt*
*Min-U-Script® with Word Index*

23

1    I believe is his name.

2        Q.    Were your warrants reviewed by a lawyer before

3    you submitted them?

4        A.    No.

5        Q.    Have you ever been trained on when it's

6    appropriate to amend a warrant?

7        A.    No.

8        Q.    Do you know how to amend a warrant?

9        A.    I don't believe I've ever amended a warrant.

10       Q.    So you wouldn't know what standard would apply or

11   anything like that, right?

12       A.    No.

13       Q.    You're aware that the warrant in this case was

14   amended, right?

15       A.    Yes.

16       Q.    Do you remember whose decision it was to amend

17   the warrant?

18       A.    I do not.

19       Q.    Did you participate in amending the warrant?

20       A.    No.

21       Q.    Did you make any suggestions to anyone to amend

22   the warrant?

23       A.    No.

24       Q.    Have you seen the video -- have you reviewed any

25   video in preparation for your deposition testimony here

42

1  Mr. Manriquez' feet.  And I don't know where Tony Doran is

2  at this time.

3      Q.   Right.  That helps.  Thanks for that.  So you're

4  trying to get control of Mr. Manriquez, right?

5      A.   Yes.

6      Q.   Do you have a grip on his arm?

7      A.   I'm holding on to his -- I'm trying to hold on to

8  his left wrist, yes.

9      Q.   Is he still face up?

10     A.   Yes.

11     Q.   You write in your report that you used -- that

12  there were -- get the right spot here.  It's on Page

13  PLADISC 45.

14     A.   Uh-huh.

15     Q.   And do you see it's on the third line down about

16  three-quarters of the way across.  The sentence begins,

17  "Officer had to use soft and hard strike techniques in

18  order to gain control of him while telling him to stop

19  resisting and comply with our orders."

20          Do you see that?

21     A.   Yes.

22     Q.   And you wrote that, right?

23     A.   Yes.

24     Q.   Who is the officer you're talking about here

25  using soft and hard strike techniques?

43

1      A.    That was a grammatical error.  It should have
2    been officers.  But I was using handhold techniques, which
3    was the soft hand techniques.  The hard strikes were
4    delivered by Officer Mueller to Mr. Manriquez.
5      Q.    You didn't deliver any hard strikes?
6      A.    No, I do not.
7      Q.    Did Mueller strike Mr. Manriquez before or after
8    Doran used the Taser?
9      A.    I don't know.  I don't -- I didn't see or recall
10   a Taser being used.  It's only later that I had found out
11   that one had been used.
12     Q.    Okay.  When you write about the hard strike
13   technique, is the hard strike technique a punch?
14     A.    I believe he used a hammer fist, which is
15   basically -- essentially, it's a closed fist, but instead
16   of using your knuckles I believe he struck Mr. Manriquez
17   with the bottom portion of his fist.
18     Q.    Do you know where he struck Mr. Manriquez?
19     A.    In the facial area.  I don't know the exact
20   location.
21     Q.    In the face?
22     A.    Yes.
23     Q.    While his head was on the floor?
24     A.    Yes, while he was on the ground.
25     Q.    Then what happens?