**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Manriquez, | No. CV-18-02026-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Town of Superior, et al., | |
| Defendants. | |

The parties have filed a stipulation to stay this action pending resolution of Defendants' interlocutory appeal of the Court's denial of summary judgment on qualified immunity grounds.  (Doc. 85.)

In the context of interlocutory qualified immunity appeals, "the district court is automatically divested of jurisdiction to proceed with trial pending appeal," unless the district court "find[s] that the defendants' claim of qualified immunity is frivolous or has been waived," in which case "the district court may certify, in writing, that defendants have forfeited their right to pretrial appeal, and may proceed with trial."  *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992).  "An appeal is frivolous if the results are obvious, or the arguments are wholly without merit."  *Centeno v. City of Fresno*, 2018 WL 1305764, *1 (E.D. Cal. 2018).

Here, the parties agree that Defendants' appeal is not frivolous (Doc. 85 at 1), as does the Court.

Accordingly,

**IT IS ORDERED** that the parties' stipulation (Doc. 85) is granted.  This action is stayed in its entirety pending resolution of Defendants' interlocutory appeal.  The parties must file a joint notice within five days of the issuance of the Ninth Circuit's order resolving the interlocutory appeal.

Dated this 26th day of October, 2020.

Dominic W. Lanza
United States District Judge