**JELLISON & ROBENS, PLLC**
18801 N. Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85377
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
MARK J. ROBENS, ESQ. #007213
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Manriquez, | Case No.: 2:18-cv-02026-DWL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Town of Superior, a political subdivision, Joel Christian Ensley, Bryan Lawrence, Richard H. Mueller, and Anthony Doran; | |
| Defendants. | |

Defendants, through counsel, hereby give notice that the Parties have reached settlement in this matter. The Parties anticipate finalizing a comprehensive settlement document and filing a stipulation and proposed order to dismiss with prejudice within the next 30 days.

DATED this 2nd day of June, 2023.

JELLISON & ROBENS, PLLC

By: s/ *James M. Jellison*
James M. Jellison, Esq.
Mark J. Robens, Esq.
*Attorney for Defendants*

1

**CERTIFICATE OF FILING AND SERVICE**

  I hereby certify that on June 2, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Martin Bihn
Donna McDaniel
BIHN & McDANIEL, PLC
2600 North Central Avenue, Suite 1775
Phoenix, AZ 85004
*Attorneys for Plaintiff*


s/ *Valerie Hall*